**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LEONTYNE COOPER, | ) | |
| | ) | |
| Plaintiff, | ) | Case: 1:25-cv-02514 |
| | ) | |
| v. | ) | Hon. Joan B. Gottschall |
| | ) | |
| THE BOARD OF TRUSTEES OF THE | ) | Hon. Mag. M. David Weisman |
| UNIVERSITY OF ILLINOIS, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Plaintiff, Leontyne Cooper ("Plaintiff"), and Defendant, The Board of Trustees of the University of Illinois ("Defendant"), through their respective counsel, submit the following joint status report pursuant to the Court's May 5, 2026 Order [Dkt. 45]:

The Parties reached an agreement in principle to settle this matter. They are actively working to finalize and execute the written settlement agreement. The Parties anticipate that the settlement will be fully executed and dismissal of the case will be filed within 45 days.

Dated this 1st day of June 2026.

/s/ *Chad W. Eisenback*
**CHAD W. EISENBACK, ESQ.**
SULAIMAN LAW GROUP LTD.
2500 South Highland Ave., Suite 200
Lombard, IL 60148
(630) 575-8181
ceisenback@atlaslawcenter.com
*Attorney for Plaintiff*

/s/ *Matthew P. Kellam (with consent)*
**MATTHEW P. KELLAM**
Laner Muchin Ltd.
515 N. State Street, Suite 2400
Chicago, IL 60654
(312) 467-9800
mkellam@lanerlaw.com
*Attorney for Defendant*